UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA DAVID-LEE

          Plaintiff,

v.

AMERICAN NATIONAL RED CROSS, et al,

          Defendants.

_____/

CIVIL ACTION NO. 15-12525-AC-EAS

DISTRICT JUDGE AVERN COHN
MAGISTRATE JUDGE ELIZABETH A. STAFFORD
MAGISTRATE JUDGE ANTHONY P. PATTI
(Settlement)

## ORDER SETTING DATE FOR CONTINUATION OF SETTLEMENT CONFERENCE

On April 21, 2016, trial counsel for each of the parties were present at a settlement conference over which I presided. After several hours of discussion, it was determined that further discovery and an extension of the motion deadline may help the parties to resolve this matter. The Court has recently extended these deadlines through a separate order. After some time has elapsed for additional discovery, trial counsel for the parties will attend a continuation of the settlement conference by telephone on **May 19, 2016 at 8:30 A.M**. At that time, I will determine whether it is necessary to hold an additional, in-person settlement conference at the Courthouse, at which the **physical presence** of all three plaintiffs and of the person from defendants' general counsel's office with settlement authority **will be required**. I am tentatively targeting June 27th or June 28th for this purpose, if necessary, and direct the parties to contact my case manager, Michael Williams, **within the next three business days**, to advise as to their availability on those

dates. Instructions for the May 19, 2016 conference call appear below.[1]

Dated: April 22, 2016                    s/Anthony P. Patti
                                         ANTHONY P. PATTI
                                         UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on April 22, 2016, electronically and/or by U.S. Mail.

                                         s/Michael Williams
                                         Case Manager for the
                                         Honorable P. Patti

---

[1]**Telephonic Settlement Conference**; Counsel for Plaintiff shall initiate the call to Judge Patti's chambers (313-234-5200) with Counsel for Defendants.