UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA DAVIS-LEE, LUE
BANKS and TERRY
PROSS,

        Plaintiffs,

v.

AMERICAN NATIONAL
RED CROSS and
AMERICAN NATIONAL
RED CROSS
SOUTHEASTERN
MICHIGAN CHAPTER,

        Defendants.
_____/

Case No. 2:15-cv-12525
Judge Avern Cohn
Magistrate Judge Anthony P. Patti

**ORDER DENYING DEFENDANTS' MOTION TO VACATE AND RESCHEDULE CONTINUATION OF SETTLEMENT CONFERENCE (DE 25)**

In this lawsuit, Plaintiffs allege (I) race discrimination under Title VII of the 1964 Civil Rights Act as amended and (II) violation of the Elliott-Larsen Civil Rights Act. (DE 1.) This case has been referred to me to conduct a settlement conference. (DE 16.)[1] I conducted an initial settlement conference on April 21, 2016, and it was continued by telephone on May 19, 2016. (*See* DEs 17, 22 & 23.)

---

[1] Although the case was originally assigned to Judge Parker and the Undersigned, it was later reassigned to Judge Cohn and Magistrate Judge Stafford. (*See* DE 18.)

On May 20, 2016, I noticed the in-person continuation of the settlement conference for June 27, 2016.  (DE 24.)

Currently before the Court is Defendants' June 21, 2016 motion to vacate and reschedule the continuation of the settlement conference "for a time after all discovery issues have been resolved." (*See* DE 25.)  Plaintiffs have filed a response, and Judge Cohn has referred this motion to me for hearing and determination.  (DEs 27, 28.)

Upon consideration, Defendants' motion (DE 25) is DENIED for the reasons stated in Plaintiff's response, the Court believing that if Plaintiffs are comfortable proceeding without completion of the remaining depositions, then the delay sought by Defendants is unnecessary.  Furthermore, the Court is persuaded that an earlier settlement conference could help to avoid additional litigation costs.

**IT IS SO ORDERED.**

Dated: June 23, 2016               s/Anthony P. Patti
                                   Anthony P. Patti
                                   U.S. MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 23, 2016, electronically and/or by U.S. Mail.

                                   s/Michael Williams
                                   Case Manager for the
                                   Honorable Anthony P. Patti